Núm. 8522.—PUEBLO, apldo. *v.* CINTRÓN, aplte.— Diciembre 23, 1940.

(Por la Corte, a propuesta del Juez Presidente Sr. Del Toro.)

POR CUANTO, el acusado apelante presentó una moción sobre enmiendas por adición al legajo de sentencia, notificada al Fiscal de esta Corte desde el 11 de diciembre de 1940, en solicitud de que dicho legajo sea adicionado con los documentos que especifica, y

POR CUANTO, dichos documentos—ampliación moción nuevo juicio, fundamentos adicionales moción nuevo juicio, petición aclaración resolución denegando nuevo juicio y orden de la Corte resolviendo moción aclaración resolución denegatoria nuevo juicio—forman propiamente parte del legajo de la sentencia:

POR TANTO, se accede a lo solicitado y se ordena al Secretario de la Corte de Distrito de Arecibo que a la mayor brevedad posible remita al Secretario de esta Corte Suprema copia certificada de los dichos documentos, que se unirán una vez recibidos al récord de esta apelación para que formen parte de la misma.

Núm. 8385.—PUEBLO, apldo. *v.* VIERA, aplte.— Diciembre 23, 1940.

(Por la Corte, a propuesta del Juez Asociado Sr. De Jesús.)

POR CUANTO, la corte inferior sentenció al acusado a cumplir seis meses de cárcel por infracción al artículo 7 de la Ley núm. 14 de 8 de julio de 1936, titulada "Ley para reglamentar la venta de armas de fuego en Puerto Rico; ordenar la declaración de las mismas en cualquier forma que éstas fueren poseídas; prohibir la entrega de ellas a ciertas personas e imponiendo penas, y para otros fines", (3a. Leg. Ext. pág. 129);

POR CUANTO, interpuesto recurso de apelación para ante este Tribunal el único error que se imputa a la corte sentenciadora es en lo que respecta a la apreciación de la prueba;

POR CUANTO, examinada la evidencia presentada, la misma sostiene las conclusiones a que llegó la corte inferior, sin que se haya demostrado que actuara movida por pasión, prejuicio o parcialidad o cometiera error manifiesto en su apreciación;

POR TANTO, procede desestimar y por la presente se desestima el recurso y se confirma la sentencia apelada que dictó la Corte de Distrito de San Juan en 10 de enero de 1940.